IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 10 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| JOE E. DANIEL, § | |
| § | |
| Plaintiff § | |
| § | Civil Action No. 3:02-CV-2758-P |
| v. § | |
| § | |
| COMMISSIONER OF SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Plaintiff's Motion for Summary Judgment* is **GRANTED**, *Commissioner's Cross-Motion for Summary Judgment* is **DENIED**, and the case is hereby remanded to the Commissioner for further proceedings. In particular, the Commissioner should consult a medical expert to determine the onset date of Plaintiff's disability.

SO ORDERED, this 10th day of May, 2005.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE